UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> CROWDSTRIKE HOLDINGS, INC. and CROWDSTRIKE, INC., <br><br> Defendants. | Case No. 1:23-cv-00928-DAE <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff Lionra Technologies Limited's ("Lionra") Unopposed Motion to extend the deadline for Lionra to respond to Defendants CrowdStrike Holdings, Inc. and CrowdStrike, Inc.'s (collectively "CrowdStrike") Motion to Dismiss. (Dkt. # 16.) The Court, having considered the Motion, finds that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the deadline for Lionra to respond to CrowdStrike's Motion to Dismiss is extended to November 6, 2023.

SIGNED on this 26th day of October, 2023.

_____
THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE