UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> CROWDSTRIKE HOLDINGS, INC. and CROWDSTRIKE, INC., <br><br> Defendants. | Case No.  1:23-cv-00928-DAE <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lionra Technologies Ltd. dismisses this action without prejudice.

Dated:  November 3, 2023

Respectfully submitted,

*/s/ Brett E. Cooper*

Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com
Jonathan Yim (NY SBN 5324967)
jyim@bc-lawgroup.com

BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, NY 10016
Phone: 212-951-0100

***Attorneys for Plaintiff Lionra Technologies Limited***

## **CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on November 3, 2023 with a copy of this document via the Court's ECF system.

                                      */s/ Drew Hollander*
                                      Drew Hollander