IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LTD., <br> Plaintiff, <br><br> vs. <br><br> CROWDSTRIKE HOLDINGS, INC. and CROWDSTRIKE, INC., <br> Defendants. | § § § § § § § § § § § § | Case No. 1:23-cv-00928-DAE |

## ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Court has before it the Voluntary Dismissal filed by Plaintiff Lionra Technologies LTD, filed on November 3, 2023.  (Dkt. # 19.)  After consideration, the Court is of the opinion that such Notice is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the individual claims and causes of action brought by Plaintiff Lionra Technologies LTD against Defendant Crowdstrike Holdings, Inc., and Crowdstrike, Inc. in the above-captioned lawsuit are **DISMISSED** in their entirety **WITHOUT** prejudice.

The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

Dated: November 6, 2023

_____
David Alan Ezra
Senior United States District Judge